# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1567
_____

JARROD ROBERTS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

February 5, 2019


PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jarrod Roberts, pro se, Appellant.

Ashley B. Moody, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.